```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 37101
    GLEN MCDONALD
    GLADYS JONES MCDONALD                       CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-7675      SSN XXX-XX-6128

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 10/06/2004 and was confirmed 12/15/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

      The case was dismissed after confirmation 01/16/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
HOUSEHOLD FINANCIAL SERV  CURRENT MORTG        .00            .00           .00
HOUSEHOLD FINANCIAL SERV  MORTGAGE ARRE      5549.00          .00        2950.27
WELLS FARGO AUTO FINANCE  SECURED           18875.00        3177.83      8592.28
WELLS FARGO AUTO FINANCE  UNSECURED          5311.41          .00           .00
COOK COUNTY TREASURER     SECURED            3488.77          .00        1854.91
YOUTHFULL ESSENCE         UNSECURED         NOT FILED         .00           .00
CAPITAL ONE               UNSECURED         NOT FILED         .00           .00
LDC FINANCIAL             UNSECURED         NOT FILED         .00           .00
ADVANCE TILL PAYDAY       UNSECURED           797.00          .00           .00
LTD COMMODITIES           UNSECURED         NOT FILED         .00           .00
ALLIED INTERSTATE         UNSECURED         NOT FILED         .00           .00
APS                       UNSECURED         NOT FILED         .00           .00
NICOR GAS                 UNSECURED           479.07          .00           .00
AT & T                    UNSECURED         NOT FILED         .00           .00
VERIZON WIRELESS          UNSECURED         NOT FILED         .00           .00
PREMIER BANKCARD          UNSECURED         NOT FILED         .00           .00
LANE BRYANT               UNSECURED         NOT FILED         .00           .00
HEATHER MEDICAL ASSOC     UNSECURED           224.00          .00           .00
WOMANCARE                 UNSECURED         NOT FILED         .00           .00
NORTHWEST COMMUNITY HOSP  UNSECURED         NOT FILED         .00           .00
ADVOCATE SO SUBURBAN HOP  UNSECURED         NOT FILED         .00           .00
MIDWEST PHYSICIAN GROUP   UNSECURED         NOT FILED         .00           .00
NORTHWEST PLASTIC SURGEO  UNSECURED         NOT FILED         .00           .00
NATIONWIDE ACCEPTANCE~    UNSECURED           619.40          .00           .00
JOHN A LUERS LANDSCAPING  UNSECURED         NOT FILED         .00           .00
SOUTH SUBURBAN HOSPITAL   UNSECURED         NOT FILED         .00           .00
MARTIN J OHEARN           DEBTOR ATTY        1,700.00                    1,700.00
TOM VAUGHN                TRUSTEE                                        1,072.71
DEBTOR REFUND             REFUND                                         1,200.00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
```

            PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 37101 GLEN MCDONALD & GLADYS JONES MCDONALD

```
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  20,548.00

PRIORITY                                               .00
SECURED                                          13,397.46
    INTEREST                                      3,177.83
UNSECURED                                              .00
ADMINISTRATIVE                                    1,700.00
TRUSTEE COMPENSATION                              1,072.71
DEBTOR REFUND                                     1,200.00
                         ---------------      ---------------
TOTALS                   20,548.00              20,548.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 04/23/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE